IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| **PEGGY E. MANN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12-cv-00084 |
| ) | JURY DEMAND |
| **WAL-MART STORES, INC.,** ) | |
| ) | |
| Defendant. ) | |

**AGREED ORDER AND STIPULATION**
**SUBSTITUTING WAL-MART STORES EAST, LP, AS THE PROPER DEFENDANT**

As evidenced by the signatures below of the parties' lawyers, it appears to the Court that Wal-Mart Stores East, LP, is the proper defendant in this matter.

It is therefore ORDERED, ADJUDGED, AND DECREED that Wal-Mart Stores East, LP, is hereby substituted for Wal-Mart Stores, Inc., as the defendant in this action.

It is further ORDERED that Wal-Mart Stores, Inc., is hereby dismissed without prejudice.

Wal-Mart Stores East, LP, is the only remaining defendant.

IT IS SO ORDERED.

ENTER this the     day of                          , 2013.


s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**


s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
Attorneys for defendant


s/ R. Whitney Stevens (with express permission by M. de Quesada)
R. Whitney Stevens, Jr., No. 2442
P. O. Box 428
Fayetteville, TN 37334
(931) 433-5704
wking@fpunet.com
Attorney for Plaintiff


s/ Robert S. Peters (with express permission by M. de Quesada)
Robert S. Peters, No. 3630
120 North Jefferson St.
Winchester, TN 37398
(931)967-3888
rspeters@spphlaw.com
Attorney for plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be sent via the Court's electronic filing system to: Whitney Stevens, Jr., Esq., P. O. Box 428, Fayetteville, TN 37334, and Robert S. Peters, 120 North Jefferson St., Winchester, TN 37398, attorneys for plaintiff, on this the 22ND day of January 2013.

s/ Maria T. de Quesada

F:\MTQ\MTQ\A\Mann, Peggy\Agreed order substitution of correct WM entity.01.22.13 TO FILE.wpd