UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| PEGGY E. MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-cv-84-SKL |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court are Defendant's motion to supplement its witness list [Doc. 23] and Defendant's motion to deem Plaintiff's medical records authenticated [Doc. 27]. A telephonic status conference was held on April 3, 2014, at which both parties were represented by counsel. As represented during the status conference, Plaintiff does not oppose the relief requested in either motion.

Accordingly, Defendant's motion to supplement its witness list [Doc. 23] is **GRANTED**, and Defendant's motion to deem Plaintiff's medical records authenticated [Doc. 27] is **GRANTED**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE